GOLDSMITH & HULL, P.C.   Our File No. 10201274
Scott M. Gitlen ( BN 94596)
18425 Burbank Boulevard, Suite 615
Tarzana, CA  91356-2821
(818) 708-2585
FAX (818) 996-4537

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HI-TECH DESIGN KITCHEN AND INTERIORS, a California corporation; KAMBAKHSH REZAI aka KAMBAKHAH REZAI; and MINOO NEJAD BAKHSH aka M.N. BAKHSH aka MINOO NEJAD REZAI,<br><br>    Defendant(s). | Case No.  CV02-7168 GAF (Ex)<br><br>**JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT** |

Pursuant to the parties' stipulation entered in the above-entitled action,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff the UNITED STATES OF AMERICA have and recover from defendants HI-TECH DESIGN KITCHEN AND INTERIORS, a California corporation; KAMBAKHSH REZAI aka KAMBAKHAH REZAI; and MINOO NEJAD BAKHSH aka M.N. BAKHSH aka MINOO NEJAD REZAI, and each of them, $58,804.49 principal, $26,898.79 interest (prejudgment interest to March 24, 2003 plus $6.44 *per diem* until date of entry of judgment), $3,952.18 attorneys' fees, and $251.00 costs, for a total of $89,906.46 (plus

jmt per stip.wpd

1  additional *per diem* sums).

2  **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that cross-
3  complainants HI-TECH DESIGN KITCHEN AND INTERIORS, a California corporation;
4  KAMBAKHSH REZAI aka KAMBAKHAH REZAI have and recover from cross-defendant
5  MINOO NEJAD BAKHSH aka M.N. BAKHSH aka MINOO NEJAD REZAI $89,906.46
6  (plus additional *per diem* sums of $6.44 from March 24, 2003 until date of entry of
7  judgment).

8  Judgment to accrue interest at the legal rate until paid.

10 DATED: 3/24/2003

GARY ALLEN FEESS
UNITED STATES DISTRICT JUDGE

jmt per stip.wpd

2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 18425 Burbank Boulevard, Suite 615, Tarzana, CA 91356.

On the date set forth below I served the foregoing document described as JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF CONSENT JUDGMENT on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| H. Russell Halpern, Esq.<br>HALPERN & HALPERN<br>18663 Ventura Boulevard, Suite 200<br>Tarzana, CA 91356 | Attorneys for Defendant<br>Minoo Nejad Bakhsh |
| P. Christopher Ardalan, Esq.<br>ARDALAN & ASSOCIATES<br>15303 Ventura Boulevard #400<br>Sherman Oaks, CA 90403 | Attorneys for Defendant and Cross-Complainant<br>Kambaksh Rezai aka Kambakhah Rezai<br>Hi-Tech Design Kitchen and Interior |

[X] BY MAIL. [ ] I deposited such envelope, postage thereon fully prepaid, in the United States mail at Tarzana, California.

[X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Tarzana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ] BY PERSONAL SERVICE. I delivered such envelope(s) by hand to the office(s) of the addressee(s).

[ ] STATE. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct

[X] FEDERAL. I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on  3/21/03  at Tarzana, California

_____
S. Helms

jmt per stip.wpd